JUDGE TANA LIN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW BALAZS, a married man,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign corporation,<br><br>Defendant. | Case No. 2:22-cv-00430-TL<br><br>[PROPOSED] ORDER |

Upon consideration of Prudential's Unopposed Motion for Extension of Time to File the Administrative Record, it is hereby ORDERED:

Prudential's Unopposed Motion is GRANTED, and the new deadline for Prudential to file the administrative record is December 2, 2022:

DONE AND ORDERED this 21st day of November 2022.

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER
CASE NO. 2:22-CV-00430-TL

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

89211363v.1